IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SUNDAY FRANCIS OJUKWU,<br><br>Petitioner,<br><br>vs.<br><br>PAMERLA BONDI, U.S. Attorney General, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Respondents. | **0:26-cv-00638-SHL-EMB**<br><br>**ORDER** |

Petitioner Sunday Francis Ojukwu, a citizen of Nigeria, was detained by Immigration and Customs Enforcement on January 6, 2026, and is now detained in Milan, New Mexico. (ECF 1, ¶¶ 2, 18.) He seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention. (Id., pp. 15–16.) Respondents argue that this Court lacks jurisdiction and venue and move to transfer the petition to the United States District Court for the District of New Mexico. (ECF 6.)

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by whom, and circumstances have prevented or precluded contact with counsel." *Adriana M.Y.M. v. Easterwood*, Civ. No. 26-213, 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026). Here, however, it is evident that Petitioner was in Milan, New Mexico at the time he filed this petition; indeed, he alleges as much. (ECF 1, ¶ 2.) Accordingly, the Court lacks jurisdiction over his petition and will transfer it to the United States District Court for the District of New Mexico. *See* 28 U.S.C. § 1406(a); 28 U.S.C. § 1631.

Accordingly, it is ORDERED that this matter is TRANSFERRED to the United States District Court for the District of New Mexico.

Dated: February 2, 2026

____________________________________
Stephen H. Locher
UNITED STATES DISTRICT JUDGE